82,900-01.

April, 13, 2015

No. WR-82,900-01
Case No 6462

Ex Parte:
Larry Joe Franco Jr., Applicant
TDCJ#1902958

I, Larry Franco, am wanting to know, how long it takes this court to issue its' mandate to the trial court, so they may issue a bench warrant for me?

The last letter I have recieved from this court was delivered: March 18, 2015

April 13, 2015
signed

_Larry Franco Jr._
Applicant

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 16 2015

Abel Acosta, Clerk